RECTOR, CHURCHWARDENS AND VESTRYMEN OF THE CHURCH OF THE NATIVITY et al., Appellants, *v.* CARRIE O. FLEMING, as Executrix of ANDREW FLEMING, Deceased, Respondent, Impleaded with Another.

Argued February 25, 1941; decided April 17, 1941.

*Jackson A. Dykman* and *Robert B. Lisle* for appellants.
*Frederick M. Boyer, Chancellor of the Diocese of Central New York, amicus curiæ.*
*Herbert Peake* and *Benjamin H. Eisen* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.